UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS, | Case No. CV 16-2505-MWF (PJW) |
| Plaintiff, | ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| ERIC JORDAN, WARDEN, | |
| Defendant. | |

Pursuant to the stipulation of the parties, and in accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Court hereby orders that this action is dismissed with prejudice in its entirety, with each side to bear its own litigation costs and attorney's fees.

DATED: May 31, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

C:\Users\isabelmartinez\AppData\Local\Temp\notes95E17C\LA16CV02505-MWF-PJW-Order.wpd