JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FERDINAND REYNOLDS, | ) | CASE NO. CV 16-2505-MWF (PJW) |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| ERIC JORDAN, WARDEN, | ) | |
| Defendant. | ) | |

Pursuant to the Order Granting Joint Stipulation For Voluntary Dismissal With Prejudice,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

DATED: May 31, 2019

  /s/ Michael W. Fitzgerald
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

C:\Users\isabelmartinez\AppData\Local\Temp\notes95E17C\LA16CV02505-MWF-PJW-Judgment.wpd